| Plaintiff Name (if injured party is deceased or incapacitated, style party as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff 'Name'") | DOB (of injured party) | State of Residence | Home venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Exposure to Contaminated Turnout Gear | Alleged Injury/Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|
| Mikaail, Hossam | 10/19/1967 | CA | District of New Jersey | No | Yes | No | Kidney Cancer | I-IX |
| Miller, Rhys | 6/12/1964 | AZ | Eastern District of California | No | Yes | No | Kidney Cancer | I-IX |
| Molnar, Joseph | 10/20/1956 | OH | Northern District of Ohio | No | Yes | No | Kidney Cancer | I-IX |
| Montoya, Richard | 3/7/1964 | CA | Northern District of California | No | Yes | No | Kidney Cancer | I-IX |
| Moore, Daniel | 4/12/1975 | VA | Western District of Virginia | No | Yes | No | Testicular Cancer | I-IX |
| Moore, Logan | 8/21/1992 | TX | Eastern District of Texas | No | Yes | No | Testicular Cancer | I-IX |
| Moreno, Saul | 8/20/1976 | TX | Southern District of Texas | No | Yes | No | Kidney Cancer | I-IX |
| Mosley, Barbara | 12/26/1950 | CA | Southern District of California | No | Yes | No | Kidney Cancer | I-IX |
| Museums, Richard | 7/6/1972 | SC | District of New Jersey | No | Yes | No | Testicular Cancer | I-IX |
| Nash, Charles | 12/4/1950 | NC | Eastern District of Virginia | No | Yes | No | Kidney Cancer | I-IX |
| Nash, Michael | 6/20/1984 | CA | District of Colorado | No | Yes | No | Testicular Cancer | I-IX |
| Nickens, Darryl | 9/25/1979 | AZ | District of Arizona | No | Yes | No | Kidney Cancer | I-IX |
| Norton, David | 9/1/1941 | CA | Central District of California | Yes | Yes | No | Kidney Cancer | I-IX |
| Olgin, Manuel | 7/3/1948 | CA | Eastern District of California | Unsure | Yes | No | Kidney Cancer | I-IX |
| Oliver, Brenda | 3/7/1951 | NC | Western District of North Carolina | No | Yes | No | Kidney Cancer | I-IX |
| Osner, Matthew | 12/30/1994 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | I-IX |
| Owens, Jennifer | 10/19/1968 | TX | Northern District of Texas | No | Yes | No | Kidney Cancer | I-IX |
| Patrick, Nicholas | 8/9/1985 | MD | District of New Jersey | No | Yes | No | Testicular Cancer | I-IX |
| Pinkerton, Barbara | 2/9/1958 | KY | Eastern District of Kentucky | No | Yes | No | Kidney Cancer | I-IX |
| Plummer, Eric | 8/9/1969 | FL | Southern District of Florida | No | Yes | No | Kidney Cancer | I-IX |
| Ponce, Rogelio | 8/7/1978 | TX | Western District of Texas | No | Yes | No | Testicular Cancer | I-IX |
| Pride, Richard | 10/22/1956 | CA | Eastern District of California | Unsure | Yes | No | Kidney Cancer | I-IX |
| Rafferty, Jonathan | 5/12/1990 | MA | District of Massachusetts | No | Yes | No | Testicular Cancer | I-IX |
| Ramirez, Raelene | 1/19/1952 | CA | Eastern District of California | No | Yes | No | Kidney Cancer | I-IX |
| Ramos, Hector | 11/3/1971 | NJ | District of New Jersey | No | Yes | No | Kidney Cancer | I-IX |
| Rembert, Sauni | 8/3/1977 | FL | Southern District of Florida | No | Yes | No | Kidney Cancer | I-IX |
| Roberts, Donald | 12/25/1955 | TX | Eastern District of Texas | No | Yes | No | Kidney Cancer | I-IX |
| Serrage, Clint | 3/25/1974 | NV | Eastern District of California | Unsure | Yes | No | Kidney Cancer | I-IX |
| Sexton, Laurie | 8/31/1963 | MA | District of Massachusetts | No | Yes | No | Kidney Cancer | I-IX |
| Shaffer, Susan | 7/27/1961 | CA | Central District of California | No | Yes | No | Kidney Cancer | I-IX |
| Shannon, Lori | 7/23/1960 | CA | Central District of California | Yes | Yes | No | Kidney Cancer | I-IX |
| Sheila Wolles, Mary | 12/30/1942 | CA | Northern District of California | No | Yes | No | Kidney Cancer | I-IX |
| Sidella, James | 1/2/1968 | CT | District of Connecticut | Unsure | Yes | No | Kidney Cancer | I-IX |
| Stager, Robert | 7/31/1969 | CT | District of Massachusetts | No | Yes | No | Testicular Cancer | I-IX |
| Stewart, Susan | 12/17/1956 | VA | Middle District of Pennsylvania | No | Yes | No | Kidney Cancer | I-IX |
| Strauch, Andrew | 3/16/1981 | WA | Eastern District of Washington | No | Yes | No | Kidney Cancer | I-IX |
| Terry, Sheila | 4/7/1958 | CA | Eastern District of California | No | Yes | No | Kidney Cancer | I-IX |
| Tilotta, Joseph | 5/6/1956 | TX | Western District of Texas | No | Yes | No | Kidney Cancer | I-IX |
| Tucker, Jonathan | 9/25/1938 | NC | Eastern District of Virginia | No | Yes | No | Kidney Cancer | I-IX |
| Ulloa Ruiz, Rosa | 4/19/1977 | AZ | Eastern District of California | No | Yes | No | Kidney Cancer | I-IX |
| Vance, Donna | 9/11/1966 | KY | Eastern District of Kentucky | No | Yes | No | Kidney Cancer | I-IX |
| Vogt, Donna | 1/3/1961 | FL | Middle District of Florida | No | Yes | No | Ulcerative Colitis | I-IX |
| Wall, Chanel | 12/14/1970 | NC | Eastern District of North Carolina | No | Yes | No | Kidney Cancer | I-IX |
| Warneck, William | 3/20/1945 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer | I-IX |
| Warren, John | 11/23/1957 | CA | Northern District of California | No | Yes | No | Kidney Cancer | I-IX |
| Wecker, Paul | 12/5/1967 | CA | Eastern District of California | No | Yes | No | Kidney Cancer | I-IX |
| Weichers, Suzanne | 8/2/1954 | CA | Central District of California | No | Yes | No | Kidney Cancer | I-IX |
| Wells, Richard | 8/9/1946 | IA | Central District of Illinois | Yes | Yes | No | Kidney Cancer | I-IX |
| Western, Christopher | 3/27/1982 | OR | Southern District of California | No | Yes | No | Testicular Cancer | I-IX |
| Whitley, Cameron | 11/5/1981 | WA | District of New Jersey | No | Yes | No | Kidney Cancer | I-IX |
| Wiacek, Brian | 4/7/1956 | CA | Eastern District of California | No | Yes | No | Testicular Cancer | I-IX |
| Winkler, Rose | 4/20/1960 | GA | Northern District of Georgia | No | Yes | No | Kidney Cancer | I-IX |
| Woods, Randall | 5/24/1988 | PA | Eastern District of North Carolina | No | Yes | No | Testicular Cancer | I-IX |
| Zaryan, Mariam | 1/13/1950 | CA | Central District of California | Unsure | Yes | No | Kidney Cancer | I-IX |